**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ALISA GOLZ, INDIVIDUALLY AND AS NEXT FRIEND OF HER MINOR CHILDREN P.G. AND G.M.,** | § § § § | |
| *Plaintiffs,* | § § | |
| **v.** | § § | **1:25-CV-01956-ADA** |
| **WILLIAMSON COUNTY, TEXAS, ET AL.,** | § § § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin M. Howell. Dkt. 8. The report and recommendation addressed the merits of Plaintiff's claims and recommended the undersigned **DISMISS** Golz's causes of action with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and **DISMISS** Plaintiff's remaining pending motions (Dkt. Nos. 3, 4, 7) as moot. Judge Howell issued the report and recommendation on February 2, 2026. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the

magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Howell's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 8) is **ADOPTED**. Plaintiff's causes of action are hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff's pending remaining motions (Dkt. Nos. 3, 4, 7) are hereby **DISMISSED AS MOOT.**

As nothing remains for the Court to resolve, the Clerk's Office is respectfully directed to **CLOSE** this case.

**SIGNED** on March 10, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE